# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JARROD MOON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **5:20-cv-01785-CLS** |
| v. | ) |
| | ) |
| **JOHNS MANVILLE** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

Comes now the parties in the above captioned case, each by and through their attorney of record, and hereby stipulate and agree that the claims asserted in the above styled cause may be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 22nd day of July, 2022.            .

                                                    Respectfully submitted,

                                                    s/Jay E. Emerson, Jr._____
                                                    Jay E. Emerson, Jr.
                                                    Amanda L. McCleney
                                                    Attorneys for the Plaintiff
                                                    Higgs & Emerson
                                                    405 Franklin St.
                                                    Huntsville, AL 35801
                                                    (256)533-3251(phone)
                                                    (256)533-3265(fax)

                                                    **And**

 

s/ Thomas A. Davis
Thomas A. Davis
Yvonne N. Maddalena
JACKSON LEWIS P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama 35209
Direct Dials: 205-332-3101/3118
Facsimile: 205-332-3131